# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                     Case No. **12-CR-164**

**DANNY A. SORIA,**

      **Defendant.**

## ORDER

Defendant, Danny A. Soria (Soria) objects to Magistrate Judge Nancy Joseph's finding that the search warrant issued in this case was supported by probable cause and that therefore evidence gathered pursuant to that warrant should be suppressed.

This court has read the Magistrate Judge's ruling, the objection submitted by Soria, and the response submitted by the government, and rules as follows.

Because the issuance of the search warrant in this case was supported by probable cause, the court will deny Soria's objection and implement the recommendation of Judge Joseph. Therefore, Soria's Motion to suppress [ECF No. 17] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 8th day of November, 2012.

                                        **BY THE COURT:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**